IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| DAVID CICERO PUCKETT, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 3:09cv341-MHT |
| | ) | (WO) |
| RANDOLPH COUNTY SHERIFF'S | ) | |
| DEPARTMENT and WILLIAM | ) | |
| DILLARD, | ) | |
| | ) | |
|    Defendants. | ) | |

OPINION

In this lawsuit brought under 42 U.S.C. § 1983 against defendants Sheriff Jeff Fuller, Chief Deputy William Dillard, Randolph County Sheriff's Department, and Randolph County, plaintiff David Cicero Puckett complains that, among other things, he was misled about where a convicted-sex offender may reside or visit. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that Puckett's case be, ultimately, dismissed. Also before the court are Puckett's objections to the recommendation. After an

independent and de novo review of the record, the court concludes that Puckett's objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 11th day of March, 2010.

                         /s/ Myron H. Thompson
                         UNITED STATES DISTRICT JUDGE