IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| DAVID CICERO PUCKETT, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 3:09cv341-MHT |
| | ) | (WO) |
| RANDOLPH COUNTY SHERIFF'S | ) | |
| DEPARTMENT and WILLIAM | ) | |
| DILLARD, | ) | |
| | ) | |
|    Defendants. | ) | |

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff David Cicero Puckett's motion (doc. no. 67) is treated as objections and said objections are overruled.

(2) The magistrate judge's recommendation (doc. no. 63) is adopted.

(3) Defendants William Dillard's and Randolph County Sheriff's Department's motions to dismiss (doc. nos. 12 & 13) are granted.

(4) Plaintiff Puckett's motions to amend (doc. nos. 36 & 50) are denied.

(5) Defendants Randolph County Sheriff's Department and Randolph County are dismissed with prejudice.

(6) Plaintiff Puckett's state-law defamation claim is dismissed without prejudice.

(7) Plaintiff Puckett's request for injunctive relief is denied as moot.

(8) Plaintiff Puckett's claims for damages against defendants Jeff Fuller and Dillard in their official capacities are dismissed with prejudice.

(9) Plaintiff Puckett's claims for damages against defendants Fuller and Dillard in their individual capacities are dismissed without prejudice.

(10) This lawsuit, as a result, is dismissed in its entirety.

It is further ORDERED that costs are taxed against plaintiff Puckett, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 11th day of March, 2010.


                                    /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**